UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 2:25-cr-24-SPC-NPM

FERMIN HERNANDEZ-SANTIAGO
_____/

## PRELIMINARY ORDER OF
## FORFEITURE FOR SUBSTITUTE ASSETS

Before the Court is the United States Motion for Preliminary Order of

Forfeiture for Substitute Assets. (Doc. 33). Now that the defendant has been

adjudicated guilty, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C.

§ 2461(c), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), the

government seeks a preliminary order of forfeiture for the following real

properties, to be applied to the outstanding balance of the $2,206,173.63 Order

of Forfeiture (Doc. 22):

> a.   The real property located at 3111 37th St. SW, Lehigh Acres,
>      Florida 33974, including all improvements thereon and
>      appurtenances thereto, the legal description for which is as
>      follows:
>
>      LOT 8, BLOCK 84, UNIT 9 OF SECTION 11, TOWNSHIP
>      45 SOUTH, RANGE 26 EAST, A SUBDIVISION OF
>      LEHIGH ACRES, ACCORDING TO THE PLAT THEREOF,
>      AS RECORDED IN PLAT BOOK 15, PAGE(S) 97, PUBLIC
>      RECORDS OF LEE COUNTY, FLORIDA.
>
>      Parcel ID: 11-45-26-09-00084.0080.
>
>      Titled Owner: Fermin Hernandez.

b.  The real property located at 3109 37th St. SW, Lehigh Acres, Florida 33976, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Lot 9, Block 84, LEHIGH ACRES, UNIT 9, Section 11, Township 45 South, Range 26 East, according to plat thereof as recorded in Plat Book 15, Page 97, of the Public Records of Lee County, Florida.

Parcel ID: 11-45-26-09-00084.0090.

Titled Owner: Fermin Hernandez Santiago.

c.  The real property located at 12450 Shawnee Road, Fort Myers, Florida 33913, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Beginning at the Northwest corner of Section 15, Township 45 South, Range 26 East; thence South 0 degrees 58' 46" East on the West line of said Section 15, 2327.71 feet for a Point of Beginning; thence continue South 0 degrees 58' 46" East, 166.26 feet; thence North 89 degrees 38' 56" East 635.23 feet to the West right of Way line of Shawnee Road (60-foot R.W.); thence North 0 degrees 56' 28" West along said right of way, 166.26 feet; thence South 89 degrees 38' 54" West, 635.34 feet to the Point of Beginning. (Being Lot 33 of Piney Acres Subdivision, unrecorded), Lee County, Florida.

Parcel ID: 15-45-26-00-00002.0100.

Titled Owner: Fermin Hernandez Santiago.

On March 12, 2025, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the Court entered an order of forfeiture against the defendant in the amount of $2,206,173.63. (Doc. 22).

The United States is entitled to forfeit the substitute assets identified above, in partial satisfaction of the defendant's order of forfeiture.

Accordingly, it is

**ORDERED**:

1.      The United States Motion for Preliminary Order of Forfeiture for Substitute Assets (Doc. 33) is **GRANTED**.

2.      Pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), the real properties described above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), in partial satisfaction of the defendant's order of forfeiture.

3.      Assuming no third-party files a successful claim to the assets, the net proceeds from the forfeited real properties, after payment of any valid liens, will be credited towards the satisfaction of the defendant's order of forfeiture. Any remaining net proceeds, after the payment of any valid liens and the satisfaction of the order of forfeiture, will be returned to the defendant.

4.      The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any other

substitute assets forfeited to the United States up to the amount of the order of forfeiture.

**DONE AND ORDERED** in Fort Myers, Florida, on February 23, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

4