UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No. 2:25-cr-24-SPC-NPM

FERMIN HERNANDEZ-SANTIAGO
_______________________________/

**ORDER PARTIALLY VACATING PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSET**

**THIS CAUSE** comes before the Court upon the filing of the United States' Motion to Partially Vacate the Preliminary Order of Forfeiture, entered by the Court on February 24, 2026, as it relates to the following real property, as a substitute asset in partial satisfaction of the defendant's $2,206,173.63 order of forfeiture:

> The real property located at 3109 37th St. SW, Lehigh Acres, Florida 33976, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lot 9, Block 84, LEHIGH ACRES, UNIT 9, Section 11, Township 45 South, Range 26 East, according to plat thereof as recorded in Plat Book 15, Page 97, of the Public Records of Lee County, Florida.
>
> Parcel ID: 11-45-26-09-00084.0090.

Being fully advised of the relevant facts, it is hereby:

**ORDERED** and **ADJUDGED** that for good cause shown, said Motion of the United States is hereby **GRANTED**.

**ORDERED** in Fort Myers, Florida on September 30, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
All Parties of Record