UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No. 2:25-cr-24-SPC-NPM

FERMIN HERNANDEZ-SANTIAGO
_________________________________/

**FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS**

**THIS CAUSE** comes before the Court upon the United States' Motion for a Final Order of Forfeiture for Substitute Assets for following real properties, to be applied to the outstanding balance of the $2,206,173.63 Order of Forfeiture, and were subject to a Preliminary Order of Forfeiture for Substitute Assets (Doc. 34):

a. The real property located at 3111 37th St. SW, Lehigh Acres, Florida 33974, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

LOT 8, BLOCK 84, UNIT 9 OF SECTION 11, TOWNSHIP 45 SOUTH, RANGE 26 EAST, A SUBDIVISION OF LEHIGH ACRES, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 15, PAGE(S) 97, PUBLIC RECORDS OF LEE COUNTY, FLORIDA.

Parcel ID: 11-45-26-09-00084.0080.

Titled Owner: Fermin Hernandez.

(the "3111 37th Street Property")

b. The real property located at 12450 Shawnee Road, Fort Myers, Florida 33913, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

Beginning at the Northwest corner of Section 15, Township 45 South, Range 26 East; thence South 0 degrees 58' 46" East on the West line of said Section 15, 2327.71 feet for a Point of Beginning; thence continue South 0 degrees 58' 46" East, 166.26 feet; thence North 89 degrees 38' 56" East 635.23 feet to the West right of Way line of Shawnee Road (60 foot R.W.); thence North 0 degrees 56' 28" West along said right of way, 166.26 feet; thence South 89 degrees 38' 54" West, 635.34 feet to the Point of Beginning. (Being Lot 33 of Piney Acres Subdivision, unrecorded), Lee County, Florida.

Parcel ID: 15-45-26-00-00002.0100.

Titled Owner: Fermin Hernandez Santiago.

(the "Shawnee Property").

In accord with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the real properties on the official government website, www.forfeiture.gov, from March 18, 2026 through April 16, 2026. Doc. 35. The publication gave notice to all third parties with a legal interest in the property to file with the Office of the Clerk–United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901–a petition to adjudicate their interests within 60 days of the first date of publication.

In accord with 21 U.S.C. § 853(n), the United States properly noticed Margarita Del Carmen Gonzalez De Saldana, the Lee County Tax Collector, and Rotor Holdings, Inc., the only parties known to have a potential interest in the real properties. The United States recognizes and agrees to pay from the proceeds of the sale of the real properties (to the extent that there are sufficient proceeds after the payment of government expenses relating to seizure, maintenance, custody, and disposal of the property), the interest of the Lee County Tax Collector and Rotor Holdings, Inc.

Other than the defendant, whose interest was previously forfeited to the United States, the parties identified above are the only parties know to have any potential interest in the real properties, and the time for filing such petitions has expired.

Accordingly, it is hereby:

**ORDERED** and **ADJUDGED** that for good cause shown, the United States' motion, is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), all right, title, and interest in the real properties is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the real properties is now vested in the United States, subject to any *ad valorem* real property taxes and *non-ad valorem*

assessments due and owing to the Lee County Tax Collector, and any unpaid principal and interest that may be due and owing to Rotor Holdings, Inc.

It is **FURTHER ORDERED** that, Homeland Security Investigations and/or its duly appointed agent is directed to seize the real properties located at (1) 3111 37th St. SW, Lehigh Acres, Florida 33974 and (2) 12450 Shawnee Road, Fort Myers, Florida 33913, and take full and exclusive custody and control of same. Homeland Security Investigations and/or its duly authorized agent is authorized to make immediate entry onto the property for the purposes of inspection, preservation, security, and safety, and for any other purpose related to the forfeiture.

The net proceeds from the forfeited real property will be credited towards the satisfaction of the defendant's order of forfeiture. Any remaining net proceeds after the satisfaction of any valid liens and the order of forfeiture will be returned to the defendant.

**DONE** and **ORDERED** in Fort Myers, Florida, on September 30, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
All Parties of Record